MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
mwagner@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant,*
*State Farm Mutual Automobile*
*Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOLLY MARIE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES I through V; and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No: 2:20-cv-00549<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL (BAD FAITH AND OUNITIVE DAMAGES) CLAIMS AND TO REMAND CASE TO STATE COURT** |

IT IS HEREBY STIPULATED by and between Plaintiff, MOLLY MARIE, by and through her attorney of record, ADAM L. MUSLUSKY, ESQ. of MUSLUSKY LAW and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its attorney, MATTHEW J. WAGNER, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that Plaintiff's claims for extra-contractual (bad faith), punitive damages (including but not limited to Plaintiff's Second and Third Causes of Action), and any other claims involving claims outside of the contractual relationship between STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and MOLLY MARIE, are hereby dismissed, with prejudice. The claims for contractual uninsured motorist benefits remain for determination.

///

///

///

IT IS HEREBY FURTHER STIPULATED by and between counsel for Plaintiff and Defendant that this matter be remanded to the Nevada State Eighth Judicial District Court. The parties further stipulate that they will agree and inform the State Court that the matter has been remanded to State Court and all further actions and pleadings in the matter will be presented in that forum.

DATED: 03/04/2021

MUSLUSKY LAW OFFICES

By /s/ Adam L. Muslusky
ADAM L. MUSLUSKY, ESQ.
Nevada Bar No. 7457
3030 S. Jones Blvd, #108
Las Vegas, Nevada 89146
Telephone: (702) 302-2277
Facsimile: (702) 912-5410
*Attorney for Plaintiff,*
*MOLLY MARIE*

DATED: 3/5/21

DENNETT WINSPEAR, LLP

By /s/ Matthew J. Wagner
MATTHEW J. WAGNER, ESQ.
Nevada Bar No. 011311
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendant, STATE FARM*
*MUTUAL AUTOMOBILE INSURANCE*
*COMPANY*

**ORDER**

IT IS SO ORDERED.

DATED: 3/9/2021